**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00518-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOE ALVY STRANSKY,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce JOE ALVY STRANSKY, YOB 1977, before United States Magistrate Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the indictment and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the Defendant to the institution wherein he is now confined.

SO ORDERED this   9th   day of June, 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge