**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00518-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOE ALVY STRANSKY,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 17) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for August 13, 2009 and the three-day jury trial set to commence on August 17, 2009 are VACATED.  It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than August 3, 2009 to set this matter for a Change of Plea Hearing.

DATED:  July 28, 2009.

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge